UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MORRIS AKERMAN, ON BEHALF OF HIMSELF AND
A CLASS OF PERSONS SIMILARLY SITUATED,

                PLAINTIFF,

    v.

COLLINS AND AIKMAN CORP., DAVID STOCKMAN,
J. MICHAEL STEPP, AND BRYCE KOTH,

                DEFENDANTS.

------------------------------------------------------------X

**05 CV 5098**

CASE NO.

[RECEIVED MAY 27 2005 U.S. CASHIERS stamp]

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL FOR PLAINTIFF   MORRIS AKERMAN   CERTIFIES THAT THE SAID PARTY IS NON-GOVERNMENTAL AND NOT A CORPORATE PARTY.

DATE: MAY 26, 2005

                                                      SIGNATURE OF ATTORNEY
                                                      AARON L. BRODY

RULE 7.1 STATEMENT