UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**05 CV 5098**

| | |
|---|---|
| MORRIS AKERMAN, on Behalf of Himself and a Class of Persons Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>COLLINS AND AIKMAN CORP., DAVID STOCKMAN, J. MICHAEL STEPP, and BRYCE KOTH,<br><br>Defendants. | Civil Action No.<br><br>RELATED CASE AFFIRMATION<br><br>JURY TRIAL DEMANDED |

I, AARON BRODY, hereby affirm the following:

1. I am an attorney with the law firm of Stull, Stull & Brody, counsel for plaintiff in the above-captioned action which asserts the dissemination of false and misleading financial information by the defendants to the investing public.

2. Upon information and belief, this action is related to the action captioned <u>Kleinpeter-Fleck, et al. v. Collins & Aikman Corporation, et al.</u>, U.S.D.C., S.D.N.Y., Civil Action No. 05-3791, which also asserts similar claims based upon the dissemination of false and misleading financial information by the defendants to the investing public.

3. Accordingly, it is respectfully submitted that this action should be assigned as a related case to the Honorable Miriam Goldman Cedarbaum.

Dated: May 26, 2005

_____
Aaron Brody