UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Morris Ackerman, *et al.*,<br><br>                Plaintiffs,<br><br>- against -<br><br>Collins & Aikman Corporation, *et al.*,<br><br>                Defendants. | Case No.:    05 CV 05098 (MBM)<br><br>**APPEARANCE**<br>ECF CASE |

        To the Clerk of this court and all parties of record:

        Enter my appearance as counsel in this case for defendant Collins & Aikman Corporation.

        I certify that I am admitted to practice in this court.


Dated: November, 28, 2005
                                        /S/
                                    Vickie Reznik (VR 1897)

                                    KIRKLAND & ELLIS LLP
                                    Citigroup Center
                                    153 East 53rd Street
                                    New York, New York  10022-4611
                                    Telephone:   (212) 446-4800
                                    Facsimile:    (212) 446-4900

                                    *Attorneys for Defendant Collins & Aikman Corporation*