UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Morris Ackerman, *et al.*,<br><br>                  Plaintiffs,<br><br>- against -<br><br>Collins & Aikman Corporation, *et al.*,<br><br>                  Defendants. | Case No.:   05 CV 05098 (MBM)<br><br>**APPEARANCE**<br>ECF CASE |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendant Collins & Aikman Corporation.

I certify that I am admitted to practice in this court.

Dated: November, 28, 2005

/S/
Jennifer H.M. Selendy (JS 8828)

KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

*Attorneys for Defendant Collins & Aikman Corporation*